# United States District Court
# Central District of California

| | |
|---|---|
| OTTER PRODUCTS LLC; TREEFROG DEVELOPMENTS, INC., <br><br>        Plaintiff, <br><br>    v. <br><br>ACE COLORS FASHION, INC.; ELECTRONICOS; SHAYNA'S CELL PHONE ACCESSORIES; VANESSA ACCESSORIES, <br><br>        Defendants. | Case No. 2:14-cv-00141-ODW(ASx) <br><br>**ORDER TO SHOW CAUSE RE. DEFENDANT VANESSA ACCESSORIES'S ABILITY TO PROCEED PRO SE** |

On January 7, 2014, Plaintiffs Otter Products LLC and Treefrog Developments, Inc. filed a trademark-infringement suit against Defendants Ace Colors Fashion, Inc., Electronicos, Shayna's Cell Phone Accessories, and Vanessa Accessories.  (ECF No. 1.)  On February 25, 2014, Defendant Vanessa Accessories filed an answer pro se through an individual named Jose Rosales.  (ECF No. 14.)

It is well-settled that a corporation and other artificial entities may not represent themselves in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993); *see also* L.R. 83-2.2.2.  But this rule does not apply to sole proprietorships, as they do not have a legal existence independent of

their owners. *See Nova Exp. v. United States*, 80 Fed. Cl. 236, 238–39 (Fed. Cl. 2008); *Bd. of Trs. of Laborers Health & Welfare Trust Fund for N. Cal. v. Perez*, No. C-10-2002 JSW JCS, 2011 WL 6151506, at *4 (N.D. Cal. Nov. 7, 2011).

It is unclear what legal status Vanessa Accessories is organized as. Vanessa Accessories alleges in its Answer that "Defendant Jose Rosales is an individual doing business as Vanessa Accessories." (Answer ¶ 6.) It therefore appears that Vanessa Accessories is likely a sole proprietorship.

The Court **ORDERS** Vanessa Accessories through its representative to file a declaration establishing what type of legal entity it is by **Wednesday, March 19, 2014**. No hearing will be held. Failure to timely respond to this Order will result in the Court striking Vanessa Accessories's Answer for want of licensed counsel.

**IT IS SO ORDERED.**

March 5, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**