# United States District Court
# Central District of California

| | |
|---|---|
| OTTER PRODUCTS LLC; TREEFROG DEVELOPMENTS, INC. d/b/a LIFEPROOF,<br><br>     Plaintiff,<br><br>  v.<br><br>ACE COLORS FASHION, INC.; ELECTRONICOS; SHAYNA'S CELL PHONE ACCESSORIES; VANESSA ACCESSORIES; DOES 1–10, inclusive,<br><br>     Defendants. | Case No. 2:14-cv-00141-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**LACK OF PROSECUTION** |

  On June 20, 2014, Plaintiff re-served Defendant Electronicos.  (ECF No. 53.)  Electronicos therefore had until July 11, 2014, to answer or otherwise respond—that is, 21 days after the service date.  Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, Electronicos has filed no response.  The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Wednesday, July 23, 2014**, why it has not moved for entry of default against Electronicos.  No hearing will be held; Plaintiff shall respond in writing.  The Court will discharge this Order upon a timely application for entry of default filed

with the Clerk of Court. Failure to timely respond will result in dismissal of Plaintiff's claims against Electronicos for lack of prosecution.

**IT IS SO ORDERED.**

July 14, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**